UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| KENNETH RICHARD KLOCK,<br><br>   Plaintiff,<br><br>v.<br><br>STATE OF UTAH; SPENCER D. WALSH; FIRST DISTRICT COURT; and BRANDON MAYNARD,<br><br>   Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 1:24-cv-00031<br><br>Magistrate Judge Daphne A. Oberg |

IT IS ORDERED AND ADJUDGED that this action is DISMISSED without prejudice.

DATED this 23rd day of July, 2024.

BY THE COURT:

_____
Daphne A. Oberg
United States Magistrate Judge